UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN R. SUNDBECK,

       Plaintiff,                      Case No. 1:12-cv-127

v.                                   HON. JANET T. NEFF

JEFFREY P. BRAMBLE,

       Defendant.
_____/

**ORDER OF REMAND APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed March 14, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 4) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is REMANDED to the state court from which this case was removed for the reasons stated in the Report and Recommendation.


Dated: April 4, 2012                                /s/Janet T. Neff
                                                  JANET T. NEFF
                                                  UNITED STATES DISTRICT JUDGE